IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONIE ELMORE, | ) | 1:12-cv-00335 GSA PC |
| | ) | |
| Plaintiff, | ) | ORDER FOR MORE DEFINITE STATEMENT |
| v. | ) | |
| | ) | RESPONSE DUE IN THIRTY DAYS |
| C/O CAMPOS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights in connection with the conditions of his confinement at Kern Valley State Prison. Plaintiff alleges that he was denied access to the law library, despite a pending legal deadline. So that the Court can properly evaluate the merits of this case, Plaintiff is hereby **ORDERED** to submit a more definite statement of the facts involved in this action by filing a written response to the questions posed below <u>within thirty (30) days</u> of the date of this order:

### QUESTIONS

1. Provide the case number and name of the legal action in which a deadline was pending. Identify the court in which it was filed, the date it was filed, and the order dismissing or closing the case.

2. Your first amended complaint identifies the following individual

defendants: (a) C/O Campos; (b) L. Dikin; (c) M. Biter; (d) E. Flippo; and (e) D. Goree. Briefly describe the alleged <u>personal</u> <u>involvement</u> of each individual defendant in the denial of medical care outlined in the pleadings. List each defendant and state what he or she did (or did not do) to you that you believe was wrong. Be specific as to <u>personal</u> involvement.

## INSTRUCTIONS

Plaintiff is admonished to heed the following instructions with care. Plaintiff's response is due **thirty (30) days** from the date of this order as shown below. Plaintiff is instructed to label his response "<u>Plaintiff's More Definite Statement</u>" and to include the correct Civil Action Number as shown above in the style of this case.

Plaintiff is directed to answer the foregoing questions to the best of his ability based on personal knowledge and the information available to him. He is further advised that legal research or resort to a review of prison records is not required. Plaintiff is instructed to submit his responses to the foregoing questions by copying each question as posed by the Court and then writing the answer as neatly as possible underneath each question in numbered paragraphs corresponding to the question being answered. Plaintiff must also include somewhere in his response the following affirmation: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

No summons will issue until the Court has completed an evaluation of Plaintiff's response to the foregoing questions. **<u>Plaintiff's failure to comply as directed may result in the dismissal of this action for want of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure without further notice.</u>**

1  IT IS SO ORDERED.

2  Dated: __June 20, 2012__          ____/s/ Gary S. Austin____
                                        UNITED STATES MAGISTRATE JUDGE

3