IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIE ELMORE, | 1:12-cv-00335-GSA (PC) |
| Plaintiff, | AMENDED ORDER ADDRESSING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| vs. | (Motion #15, Order #16) |
| CAMPOS, et al., | ORDER GRANTING THIRTY DAY EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE |
| Defendants. | |
| | ORDER REQUIRING PLAINTIFF TO PAY FILING FEE WITHIN TWENTY DAYS OR THIS CASE WILL BE DISMISSED |

_____/

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 19, 2012, plaintiff filed a motion to extend time to respond to the Court's orders in three of his pending cases. Plaintiff asserts that he needs the extension of time because he has been unable to use the law library. Plaintiff has two pending deadlines in this action: (1) to file a response to the Court's order to show cause of August 23, 2012, and (2) to pay the $350.00 filing fee pursuant to the Court's order of September 10, 2012.

Good cause showing, Plaintiff shall be granted a thirty-day extension of time to file a response to the Court's order to show cause. However, Plaintiff has not shown good cause for the Court to grant him an extension of time to pay the filing fee. Plaintiff does not require time

at the law library to pay his filing fee.  Thus, Plaintiff is required to pay the filing fee within twenty days, or this case will be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order in which to file a response to the Court's order to show cause of September 10, 2012;
2. Plaintiff is required to pay the $350.00 filing fee for this action in full within twenty days of the date of service of this order, or this case will be dismissed without further notice; and
3. **No further extensions of time shall be granted without a showing of good cause.**

IT IS SO ORDERED.

Dated:   **September 28, 2012**           _/s/ Gary S. Austin_
                                                    UNITED STATES MAGISTRATE JUDGE